FILED: QUEENS COUNTY CLERK 07/01/2024 08:31 PM
NYSCEF DOC. NO. 1
Case 1:24-cv-07826-RER-SDE   Document 1-2   Filed 11/10/24   Page 1 of 2 PageID #: 7

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

ADRIA ZERN,

      *Plaintiff,*

  -against-          **SUMMONS WITH NOTICE**

CITIBANK, N.A.,

      *Defendant.*

To the Entity Named as Defendant Above:

  **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving notice of appearance on the Plaintiff at the address of Plaintiff's counsel, via the NYSCEF system, within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

  **YOU ARE HEREBY NOTIFIED THAT** should you fail to answer or appear, a judgment will be entered against by default for the relief demanded below.

Dated: July 1, 2024      ***/s/ Adam G. Singer***
  New York, NY      Adam G. Singer
            **LAW OFFICE OF ADAM G. SINGER, PLLC**
            One Grand Central Place
            60 E. 42nd Street, Suite 4600
            New York, NY 10165
            212.842.2428
            asinger@adamsingerlaw.com
            *Counsel for Plaintiff Adria Zern*

**Defendant's Address:**
Citibank, N.A., 5800 S. Corporate Place, Sioux Falls, SD 57108

  <u>Notice</u>: **The nature of this action is:**
  Defendant(s) Citibank, N.A. ("CBNA") violated 15 USC § 1681s-2 (b) by failing, after receiving notice from Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union LLC, that Plaintiff had disputed information furnished by CBNA, to conduct reasonable investigations of the disputed information, and by failing, after being unable to verify the disputed information, to modify, delete, or permanently block reporting of the disputed information.
  As a consequence of Defendant's violations, Plaintiff has been denied credit and suffered emotional distress including anxiety, stress, and humiliation.

Case 1:24-cv-07826-RER-SDE    Document 1-2    Filed 11/10/24    Page 2 of 2 PageID #: 8

**The relief sought is:**

- Actual damages for both economic and emotional harm in an amount exceeding $25,000 and to be determined by the trier of fact,
- $1,000 in statutory damages per violation,
- punitive damages in an amount to be determined by the trier of fact,
- litigation costs and expenses, and
- reasonable attorney's fees.

Should Defendant fail to appear herein, judgment will be entered by default for the sum of $5,000,000.00, with interest to run from July 1, 2024.

**Venue:** Plaintiff designates Queens County as the place of trial.  The basis of this designation is that Plaintiff resides in Queens County.