Case 1:24-cv-07826-RER-SDE     Document 1-4     Filed 11/10/24     Page 1 of 1 PageID #: 12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

ADRIA ZERN,

                   Plaintiff,

      against

CITIBANK, N.A.,

                   Defendant.

Index No. 713745/2024

**DEMAND FOR COMPLAINT**

**PLEASE TAKE NOTICE** that Defendant CITIBANK, N.A., by its attorneys Ballard Spahr LLP, hereby demands, pursuant to CPLR § 3012(b), that Plaintiff serve the Complaint and all notices and/or other papers in this action upon the undersigned counsel within twenty (20) days of this demand.

Dated: New York, New York
       October 30, 2024

                               BALLARD SPAHR LLP

                               By: _/s/Lauren N. Brown_____
                               Lauren N. Brown
                               Jacquelyn N. Schell
                               1675 Broadway, 19th Floor
                               New York, New York 10019-5820
                               Telephone: 646-346-8042
                               Facsimile: 212-223-1942
                               BrownLN@ballardspahr.com
                               SchellJ@ballardspahr.com

                               *Attorneys for Defendant Citibank, N.A.*