# LAW OFFICE OF ADAM G. SINGER, PLLC
## ONE GRAND CENTRAL PLACE
### 60 E. 42ND STREET, SUITE 4600
### NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

January 12, 2026

**<u>VIA ECF</u>**
Hon. Seth D. Eichenholtz
United States Magistrate Judge
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re: _Zern v. Citibank, N.A._ 1:24-cv-07826-RER-SDE**
> **Joint Status Letter**

Dear Judge Eichenholtz:

Our firm represents the Plaintiff in the above-referenced action. Pursuant to the Court's Order dated December 12, 2025, the parties respectfully submit this joint status letter to update the Court on the progress of this matter.

The parties have reached a settlement in principle and are finalizing a written agreement. We respectfully request that the Court allow the parties 60 days to finalize the agreement and comply with the obligations stated therein.

Respectfully submitted,

Adam G. Singer

**ROCKLAND**
400 RELLA BOULEVARD, SUITE 207- 488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601