**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ADRIA ZERN,

Plaintiff,

-against-

CITIBANK, N.A.,

Defendants.

Case No. 1:24-cv-07826-RER-SDE

**STIPULATION AND**
**PROPOSED ORDER OF**
**DISMISSAL AS TO**
**DEFENDANT CITIBANK, N.A.**

**IT IS HEREBY** stipulated and agreed by and between Plaintiff and Defendants Citbank, N.A. ("Citibank"), pursuant to Federal Rule of Civil Procedure 41(a)(2), that (i) Plaintiff's claims against Citibank in the above-captioned action ("Action") are hereby dismissed with prejudice, and (ii) Plaintiff and Citibank shall bear their respective costs and attorney's fees incurred in connection with the Action. This stipulation has no bearing on parties other than Plaintiff and Citibank.

Dated: <u>March 05, 2026</u>

_____
Adam G. Singer
**LAW OFFICE OF ADAM G. SINGER, PLLC**
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165
asinger@adamsingerlaw.com
212.842.2428

_Counsel for Plaintiff Adria Zern_

_____
Jacquelyn N. Schell
**BALLARD SPAHR**
1675 Broadway, 19th Floor
New York, NY 10019
schellj@ballardspahr.com
646.346.8048

_Counsel for Defendant Citibank, N.A._

**SO ORDERED.**   Dated: 3/7/2026

 /s/ Ramón E. Reyes, Jr.
_____
The Honorable Ramon E. Reyes
United States District Judge